# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1004**                                    **September Term, 2024**

TREA-24-088
TREA-24-154

**Filed On: January 8, 2025** [2093072]

United States Steel Corporation, et al.,

      Petitioners

      v.

Committee on Foreign Investment in the
United States, et al.,

      Respondents

## O R D E R

The petition for review in this case was filed and docketed on January 6, 2025, and assigned the above number. It is, on the court's own motion,

**ORDERED** that petitioners submit the documents listed below by the dates indicated.

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | February 7, 2025 |
| Docketing Statement Form | February 7, 2025 |
| Procedural Motions, if any | February 7, 2025 |
| Statement of Intent to Utilize Deferred Joint Appendix | February 7, 2025 |
| Statement of Issues to be Raised | February 7, 2025 |
| Underlying Decision from Which Appeal or Petition Arises | February 7, 2025 |
| Dispositive Motions, if any | February 24, 2025 |

It is

**FURTHER ORDERED** that respondents submit the documents listed below by the dates indicated.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1004**                                                              September Term, 2024

| | |
|---|---|
| Entry of Appearance Form (Attorneys Only) | February 7, 2025 |
| Procedural Motions, if any | February 7, 2025 |
| Certified Index to the Record | February 24, 2025 |
| Dispositive Motions, if any | February 24, 2025 |

It is

    **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

    The Clerk is directed to transmit to respondents a copy of this order and a copy of the petition for review.

                                                **FOR THE COURT:**
                                                Clifton B. Cislak, Clerk

                              BY:    /s/
                                       Elbert B.J. Lestrade
                                       Deputy Clerk

The following forms and notices are available on the Court's [website:](#)

      [Agency Docketing Statement Form](#)
      [Entry of Appearance Form](#)
      [Request to Enter Appellate Mediation Program (Optional)](#)
      [Notice Concerning Expedition of Appeals and Petitions for Review](#)
      [Stipulation to be Placed in Stand-By Pool of Cases (Optional)](#)