# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1004**                                         **September Term, 2024**

TREA-24-088<br>TREA-24-154

**Filed On: January 13, 2025** [2093775]

United States Steel Corporation, et al.,

      Petitioners

      v.

Committee on Foreign Investment in the
United States, et al.,

      Respondents

## O R D E R

Upon consideration of the emergency unopposed motion to grant expedited consideration and to set briefing and oral argument schedule, it is

**ORDERED** that the following briefing schedule will apply in this case:

| | |
|---|---:|
| Unclassified Administrative Record | January 21, 2025 |
| Petitioners' Opening Brief | February 3, 2025 |
| Briefs for Amicus Curiae in support of Petitioners, or in support of neither party | February 10, 2025 |
| Classified Administrative Record | February 21, 2025 |
| Respondents' Brief | March 3, 2025 |
| Briefs for Amicus Curiae in support of Respondents | March 10, 2025 |
| Petitioners' Reply Brief | March 17, 2025 |

All issues and arguments must be raised by petitioners in the opening brief. The court ordinarily will not consider issues and arguments raised for the first time in the reply brief.

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-1004**                                          **September Term, 2024**

The court reminds the parties that

In cases involving direct review in this court of administrative actions, the brief of the appellant or petitioner must set forth the basis for the claim of standing. . . . When the appellant's or petitioner's standing is not apparent from the administrative record, the brief must include arguments and evidence establishing the claim of standing.

See D.C. Cir. Rule 28(a)(7).

To enhance the clarity of their briefs, the parties are cautioned to limit the use of abbreviations, including acronyms. While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known. See D.C. Circuit Handbook of Practice and Internal Procedures 42 (2021); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due. Filing by mail could delay the processing of the brief. Additionally, parties are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail. See Fed. R. App. P. 25(a). All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover, or state that the case is being submitted without oral argument. See D.C. Cir. Rule 28(a)(8).

The Clerk is directed to calendar this case for oral argument on the first appropriate date following the completion of briefing.

                                                      **FOR THE COURT:**
                                                      Clifton B. Cislak, Clerk

                                   BY:   /s/
                                                      Michael C. McGrail
                                                      Deputy Clerk