# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 25-1004**  **September Term, 2024**

CFIUS-24-088
CFIUS-24-154

**Filed On: January 24, 2025** [2096316]

United States Steel Corporation, et al.,

      Petitioners

      v.

Committee on Foreign Investment in the
United States, et al.,

      Respondents

## O R D E R

Upon consideration of the unopposed motion to file portions of the administrative record under seal, it is

**ORDERED** that the motion be granted. See D.C. Cir. Rule 47.1(a).

          **FOR THE COURT:**
          Clifton B. Cislak, Clerk

      BY:    /s/
               Catherine J. Lavender
               Deputy Clerk