[Oral argument not yet scheduled]

# In the United States Court of Appeals for the District of Columbia Circuit

| | | |
|---|---|---|
| UNITED STATES STEEL CORPORATION *et al.*, | ) | |
| | ) | |
| *Petitioners,* | ) | |
| | ) | |
| v. | ) | No. 25-1004 |
| | ) | |
| THE COMMITTEE ON FOREIGN INVESTMENT IN THE UNITED STATES *et al.*, | ) | |
| | ) | |
| *Respondents* | ) | |

## REPRESENTATION OF CONSENT TO FILE BRIEF OF *AMICI CURIAE* ON BEHALF OF LOCAL GOVERNMENTAL OFFICIALS AND LOCAL UNION OFFICIALS

Pursuant to D.C. Circuit Rule 29(b), the undersigned represents that he has obtained the consent of Petitioners and Respondents, via electronic mail communications on February 3 and 4, 2025, to file a brief *amici curiae* on behalf of certain local governmental officials and local union officials in the Monongahela Valley and Gary, Indiana. While the list of participants remains subject to change, the following have expressed interest in participating: the mayors of the Cities of Gary, Indiana and Clairton and Duquesne, Pennsylvania; the mayors of the Boroughs of Elizabeth, Homestead, Pleasant Hills, Jefferson Hills, Braddock, Braddock Hills, East Pittsburgh, Glassport, Munhall, Whitaker, North Braddock, Turtle Creek, West Mifflin, Dravosburg and Wilmerding, Pennsylvania; the chairs of the commissions of Elizabeth and Forward Townships, Pennsylvania; and two individual members of United Steelworkers Local 2227.

                        Respectfully submitted,

February 4, 2025                    */s/ Paul K. Stockman*
                                          Paul K. Stockman
                                          Jennifer A. Simon
                                          KAZMAREK MOWREY CLOUD LASETER LLP
                                          1001 Liberty Avenue, Suite %00
                                          Pittsburgh, Pennsylvania 15222
                                          Telephone: (404) 333-0752
                                          pstockman@kmcllaw.com
                                          jsimon@kmcllaw.com

                                          *Attorneys for* Amici Curiae

## CERTIFICATE AS TO PARTIES

Pursuant to Circuit Rule 28(a)(1), the undersigned certifies that all parties appearing in this Court are listed in the Brief for Petitioners except for the *Amici* participating in this brief; a complete list of those persons (presently subject to change) will be included with *amici*'s brief.

February 4, 2025                    */s/ Paul K. Stockman*
                                          Paul K. Stockman

## DISCLOSURE STATEMENT

Because *Amici* are all individuals, appearing in their individual capacities, Federal Rule of Appellate Procedure 26.1 and Circuit Rule 26.1 are inapplicable..

February 4, 2025                    */s/ Paul K. Stockman*
                                          Paul K. Stockman