**ORAL ARGUMENT NOT YET SCHEDULED**

No. 25-1004

**IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT**

UNITED STATES STEEL CORPORATION, ET AL.,
*Petitioners*,

v.

THE COMMITTEE ON FOREIGN INVESTMENTS IN THE UNITED STATES, ET AL.,
*Respondents*.

On Petition for Review of Actions of President Biden and of the Committee on Foreign Investment in the United States

**NOTICE OF INTENT BY ALLEGHENY CONFERENCE ON COMMUNITY DEVELOPMENT TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF PETITIONERS**

**Dated**: February 7, 2025

Joseph V. Schaeffer, Esquire
Babst, Calland,
Clements & Zomnir, P.C.
Two Gateway Center
603 Stanwix Street, Floor 6
Pittsburgh, PA 15222
(412) 394-5499
jschaeffer@babstcalland.com
*Counsel for Amicus Curiae*
*Allegheny Conference on Community Development*

# DISCLOSURE STATEMENT
# PURSUANT TO CIRCUIT RULE 26.1

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rules 26.1 and 29(b), undersigned counsel certifies:

*Amicus curiae* Allegheny Conference on Community Development (Allegheny Conference) has no parent company and no publicly held company has a 10% or greater ownership interest in it.

The Allegheny Conference is a preeminent organization committed to improving the Pittsburgh region's economic future and quality of life. Consistent with its mission, the Allegheny Conference has a vested interest in advocating for policies that foster economic growth in the Pittsburgh region and against those that would thwart it. The Allegheny Conference intends to submit an *amicus curiae* brief to emphasize the significant benefits to the Pittsburgh region if the proposed combination of U. S. Steel and Nippon Steel is completed—and the significant consequences if it is not.

**Dated:** February 7, 2025         */s/ Joseph V. Schaeffer*
                                    Joseph V. Schaeffer, Esquire
                                    Babst, Calland,
                                    Clements & Zomnir, P.C.
                                    Two Gateway Center
                                    603 Stanwix Street, Floor 6
                                    Pittsburgh, PA 15222

(412) 394-5499
jschaeffer@babstcalland.com
*Counsel for Amicus Curiae*
*Allegheny Conference on Community Development*

# NOTICE OF INTENT BY ALLEGHENY CONFERENCE ON COMMUNITY DEVELOPMENT TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PETITIONERS

Pursuant to D.C. Circuit Rule 29(b), the undersigned represents that he has obtained the consent of Petitioners and Respondents, via electronic mail communications on February 6, 2025, to file an *amicus curiae* brief in support of Petitioners on behalf of the Allegheny Conference on Community Development.

**Dated:** February 7, 2025         */s/ Joseph V. Schaeffer*

Joseph V. Schaeffer, Esquire
Babst, Calland,
Clements & Zomnir, P.C.
Two Gateway Center
603 Stanwix Street, Floor 6
Pittsburgh, PA 15222
(412) 394-5499
jschaeffer@babstcalland.com
*Counsel for Amicus Curiae*
*Allegheny Conference on Community Development*

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Notice of Intent By Allegheny Conference on Community Development to File Amicus Curiae Brief in Support of Petitioners* was electronically filed through this Court's CM/ECF system, which will send a notice of filing to the counsel registered to receive service through the Court's CM/ECF system via electronic filing.

**Dated:** February 7, 2025　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　*/s/ Joseph V. Schaeffer*
　　　　　　　　　　　　　　　　Joseph V. Schaeffer, Esquire
　　　　　　　　　　　　　　　　Babst, Calland,
　　　　　　　　　　　　　　　　Clements & Zomnir, P.C.
　　　　　　　　　　　　　　　　Two Gateway Center
　　　　　　　　　　　　　　　　603 Stanwix Street, Floor 6
　　　　　　　　　　　　　　　　Pittsburgh, PA 15222
　　　　　　　　　　　　　　　　(412) 394-5499
　　　　　　　　　　　　　　　　jschaeffer@babstcalland.com
　　　　　　　　　　　　　　　　*Counsel for Amicus Curiae*
　　　　　　　　　　　　　　　　*Allegheny Conference on Community Development*