[Oral Argument not yet scheduled]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| UNITED STATES STEEL CORPORATION *et al.*, <br><br> *Petitioners*, <br><br> v. <br><br> THE COMMITTEE ON FOREIGN INVESTMENT IN THE UNITED STATES *et al.*, <br><br> *Respondents*. | No. 25-1004 |

**REPRESENTATION OF CONSENT TO FILE BRIEF OF *AMICI CURIAE* ON BEHALF OF FORMER NATIONAL SECURITY AND LAW ENFORCEMENT OFFICIALS**

Pursuant to D.C. Circuit Rule 29(b), the undersigned represents that they have obtained the consent of Petitioners and Respondents, via electronic mail communications on February 4, 2025, to file a brief *amici curiae* on behalf of certain former national security and law enforcement officials. While the list of participants remains subject to change, the following have expressed interest in participating: Stewart Baker, Joel Brenner, Jason Furman, Admiral Jon Greenert, Admiral Timothy J. Keating, Kenneth Krieg, Brett Lambert, Ellen Lord, Rear Admiral Mark Montgomery, and DJ Rosenthal.

February 7, 2025                    Respectfully submitted,

*/s/ Scott J. Watnik*
Scott J. Watnik
T. Jackson Brake
WILK AUSLANDER LLP
825 Eighth Avenue, Suite 2900
New York, NY 10019
Telephone: 212.981.2300
Facsimile:  212.752.6380
swatnik@wilkauslander.com
tjbrake@wilkauslander.com

*/s/ Daniel J. Rosenthal*
Daniel J. Rosenthal, Esq.
LIGHTLINE LAW AND POLICY LLC
10029 Carmelita Drive
Potomac, MD 20854
dj@lightlinestrategies.com

*Attorneys for Amici Curiae*

## CERTIFICATE AS TO PARTIES

Pursuant to Circuit Rule 28(a)(1), the undersigned certifies that all parties appearing in this Court are listed in the Brief for Petitioners except for the *Amici* participating in this brief; a complete list of those persons (presently subject to change) will be included with *amici's* brief.

February 7, 2025                    */s/ Daniel J. Rosenthal*

## DISCLOSURE STATEMENT

Because *Amici* are all individuals, appearing in their individual capacities, Federal Rule of Appellate Procedure 26.1 and Circuit Rule 26.1 are inapplicable.

February 7, 2025                    /s/ Daniel J. Rosenthal