[Oral Argument Not Yet Scheduled]
# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |
|---|---|
| United States Steel Corporation, *et al.*<br>*Petitioners*<br><br>v.<br><br>The Committee on Foreign Investment<br>in the United States *et al.*<br><br>*Respondents* | No. 25-1004 |

## REPRESENTATION OF CONSENT TO FILE BRIEF OF AMICI CURIAE ON BEHALF OF KEIDANREN (JAPAN BUSINESS FEDERATION), THE JAPAN CHAMBER OF COMMERCE AND INDUSTRY, KEIZAI DOYUKAI (JAPAN ASSOCIATION OF CORPORATE EXECUTIVES), AND THE JAPAN-U.S. BUSINESS COUNCIL

Pursuant to D.C. Circuit Rule 29(b), the undersigned represents that he has obtained the consent of Petitioners and Respondents, via electronic mail communications on February 7, 2025, to file a brief amici curiae on behalf of Keidanren (Japan Business Federation), the Japan Chamber of Commerce and Industry, KEIZAI DOYUKAI (Japan Association of Corporate Executives), and the Japan-U.S. Business Council.

February 7, 2025

                                  Respectfully submitted,

                                  */s/ John P. Kabealo*

                                  John P. Kabealo
                                  Kabealo PLLC
                                  1629 K St. NW, Suite 300
                                  Washington, DC 20006
                                  Telephone: (202) 204-2245
                                  john@kabealo.law
                                  Attorney for Amici Curaie

# RULE 28(A)(1) STATEMENT

Pursuant to Circuit Rule 28(a)(1), Keidanren (Japan Business Federation), the Japan-U.S. Business Council, KEIZAI DOYUKAI (Japan Association of Corporate Executives), and the Japan Chamber of Commerce and Industry provide the following list of parties to this case, rulings under review, and related cases:

**(A) Parties and Amici**

All parties in this Court are listed in the petitioners' opening briefs. In addition to this amicus brief, other amici may participate, a complete list of whom will be included in Amici's brief.

**(B) Rulings Under Review**

References to rulings under review appear in the Petition on file with this Court and in Petitioners' opening brief.

**(C) Related Cases**

References to related cases appear in the Petition on file with this Court and in Petitioners' opening brief.

Dated: February 7, 2025                  /s/ *John P. Kabealo*
                                                                                              John P. Kabealo

## CORPORATE DISCLOSURE STATEMENT

Amici are non-profit organizations with the general nature and purpose of representing the interests of Japanese business and industry. Amici are not publicly held corporations, do not issue stock, do not have parent corporations, and, consequently, there exists no publicly held corporation that owns ten percent or more of Amici's stock.

*/s/ John P. Kabealo*
John P. Kabealo