ORAL ARGUMENT SCHEDULED FOR APRIL 24, 2025

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| UNITED STATES STEEL CORPORATION, *et al.*, <br><br>    Petitioners, <br><br>v. <br><br>COMMITTEE ON FOREIGN INVESTMENT IN THE UNITED STATES, *et al.*, <br><br>    Respondents. | No. 25-1004 |

**CONSENT MOTION FOR EXTENSION OF TIME
TO FILE CLASSIFIED ADMINISTRATIVE RECORD
AND RESPONSE AND REPLY BRIEFS**

Pursuant to Federal Rule of Appellate Procedure 26(b) and D.C. Circuit Rule 28(e), the government respectfully moves for a 14-day extension of the due dates for the response and reply briefs in this case, as well as a 24-day extension of time for the filing of the classified portions of the Administrative Record. Petitioners consent to this motion. In support of this motion, the government states the following:

**1.** This petition for review, filed under 50 U.S.C. § 4565(e)(2), seeks

review of the Presidential Order Regarding the Proposed Acquisition of United States Steel Corporation by Nippon Steel Corporation, 90 Fed. Reg. 2605 (Jan. 3, 2025), and the related referral to the President by the Committee on Foreign Investment in the United States (CFIUS). Petitioners filed their opening brief on February 3, 2025.

Under this Court's order of January 13, 2025, the government is required to file the classified portions of the Administrative Record by February 21, 2025; the government's response brief is due on March 3, 2025; and petitioners' reply brief is due on March 17, 2025.

**2.** The government respectfully requests that the deadlines for the response and reply briefs be extended by 14 days to March 17, 2025, and March 31, 2025, respectively. In addition, the government requests that the deadline for the filing of the classified portions of the Administrative Record be extended by 24 days to March 17, 2025—the same day that the government's brief would be due if this motion is granted. There is good cause for this extension request because the new administration requires additional

time to evaluate this matter.

**3.** Counsel for petitioners have informed the government that petitioners consent to this motion.

                                      Respectfully submitted,

                                      ERIC D. MCARTHUR[*]
                                        *Deputy Assistant Attorney General*

                                    SHARON SWINGLE

                                    /s/ *Sean R. Janda*
                                    SEAN R. JANDA
                                    CATHERINE PADHI
                                    SOPHIA SHAMS
                                        *Attorneys, Appellate Staff*
                                        *Civil Division, Room 7260*
                                        *U.S. Department of Justice*
                                        *950 Pennsylvania Avenue NW*
                                        *Washington, DC 20530*
                                        *(202) 514-3388*
                                        *sean.r.janda@usdoj.gov*

FEBRUARY 2025

---

[*] The Principal Deputy Assistant Attorney General is recused in this matter.

**CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 281 words, according to the count of Microsoft Word.

*/s/ Sean R. Janda*
Sean R. Janda
