# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1004**                                              **September Term, 2024**

**CFIUS-24-088**
**CFIUS-24-154**

**Filed On: February 27, 2025** [2103177]

United States Steel Corporation, et al.,

      Petitioners

      v.

Committee on Foreign Investment in the
United States, et al.,

      Respondents

    **BEFORE:**    Millett, Pillard, and Childs, Circuit Judges

### O R D E R

Upon consideration of the government's consent motion for extension of time to file the classified administrative record and response and reply briefs, it it

**ORDERED** that the motion be granted and the following revised briefing schedule will now apply:

| | |
|---|---|
| Classified Administrative Record | March 17, 2025 |
| Respondents' Brief | March 17, 2025 |
| Briefs for Amicus Curiae in support of Respondents | March 24, 2025 |
| Petitioners' Reply Brief | March 31, 2025 |

### Per Curiam

                      **FOR THE COURT:**
                      Clifton B. Cislak, Clerk

            BY:    /s/
                      Michael C. McGrail
                      Deputy Clerk