[ORAL ARGUMENT SCHEDULED FOR APRIL 24]

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| UNITED STATES STEEL CORPORATION, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> COMMITTEE ON FOREIGN INVESTMENT IN THE UNITED STATES, *et al.*, <br><br> Respondents. | No. 25-1004 |

# CONSENT MOTION FOR EXTENSION OF TIME
# TO FILE CLASSIFIED ADMINISTRATIVE RECORD
# AND RESPONSE AND REPLY BRIEFS

Pursuant to Federal Rule of Appellate Procedure 26(b) and D.C. Circuit Rule 28(e), the government respectfully moves for a 21-day extension of the due dates for the response and reply briefs in this case, as well as for the filing of the classified portions of the Administrative Record; and for the rescheduling of the oral argument. Petitioners consent to this motion. In support of this motion, the government states the following:

**1.** This petition for review, filed under 50 U.S.C. § 4565(e)(2), seeks

review of the Presidential Order Regarding the Proposed Acquisition of United States Steel Corporation by Nippon Steel Corporation, 90 Fed. Reg. 2605 (Jan. 3, 2025), and the related referral to the President by the Committee on Foreign Investment in the United States. Petitioners filed their opening brief on February 3, 2025.

Under this Court's order of February 27, 2025, the government is required to file its response brief and the classified portions of the Administrative Record by March 17, 2025, and petitioners' reply brief is due on March 31, 2025. This Court has set oral argument for April 24, 2025.

**2.** The government respectfully requests that the briefing deadlines be extended by 21 days to April 7, 2025, and April 21, 2025, respectively. It also respectfully requests that the oral argument be removed from the April 24 calendar and rescheduled for the week of May 12, if that is convenient for the Court. The requested extension will allow the government to complete its ongoing discussions with the parties regarding the U.S. Steel and Nippon Steel transaction with the goal of eliminating the need for this Court's resolution of the litigation on the merits.

**3.** Counsel for petitioners have informed the government that petitioners consent to this motion.

Respectfully submitted,

ERIC D. MCARTHUR[*]
   *Deputy Assistant Attorney General*

SHARON SWINGLE
SEAN R. JANDA

/s/ *Catherine Padhi*
CATHERINE PADHI
SOPHIA SHAMS
   *Attorneys, Appellate Staff*
   *Civil Division, Room 7260*
   *U.S. Department of Justice*
   *950 Pennsylvania Avenue NW*
   *Washington, DC 20530*
   *(202) 514-3388*
   *sean.r.janda@usdoj.gov*

MARCH 2025

---

[*] The Acting Assistant Attorney General is recused in this matter.

**CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 308 words, according to the count of Microsoft Word.

*/s/ Catherine Padhi*
Catherine Padhi
