# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 25-1004                                      September Term, 2024

CFIUS-24-088
CFIUS-24-154

Filed On: March 18, 2025 [2106343]

United States Steel Corporation, et al.,

    Petitioners

    v.

Committee on Foreign Investment in the
United States, et al.,

    Respondents

## O R D E R

Upon consideration of the motion of United Steelworkers for leave to intervene in support of respondents, the oppositions thereto, and the reply; and the government's consent motion for extension of time to file the classified administrative record, the response and reply briefs; and for the rescheduling of oral argument, it is

**ORDERED** that the motion for leave to intervene be denied. The Clerk is directed to note the docket accordingly. It is

**FURTHER ORDERED** that the motion for extension of time be granted and the following revised briefing schedule will now apply:

| | |
|---|---|
| Classified Administrative Record | April 7, 2025 |
| Respondents' Brief | April 7, 2025 |
| Briefs for Amicus Curiae in support of Respondents | April 14, 2025 |
| Petitioners' Reply Brief | April 21, 2025 |

It is **FURTHER ORDERED** that the motion to reschedule oral argument be granted. This case is hereby removed from the April 24, 2025 oral argument calendar and is rescheduled for oral argument on Monday, May 12, 2025, at 9:30 a.m.

### Per Curiam

                FOR THE COURT:
                Clifton B. Cislak, Clerk

            BY:   /s/
                      Michael C. McGrail
                      Deputy Clerk