# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 25-1004**  **September Term, 2024**

CFIUS-24-088
CFIUS-24-154

**Filed On: April 11, 2025** [2110614]

United States Steel Corporation, et al.,

    Petitioners

    v.

Committee on Foreign Investment in the
United States, et al.,

    Respondents

**BEFORE:**    Millett, Pillard, and Childs, Circuit Judges

## O R D E R

Upon consideration of the government's consent motion to hold this case in abeyance, it is

**ORDERED** that the motion be granted. This case is hereby removed from the May 12, 2025 oral argument calendar and is held in abeyance pending further order of the court.

The parties are directed to file motions to govern further proceedings by June 5, 2025.

**Per Curiam**

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

    BY:    /s/
        Michael C. McGrail
        Deputy Clerk