# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 25-1004**                                  **September Term, 2024**

CFIUS-24-088
CFIUS-24-154

**Filed On: June 13, 2025** [2120784]

United States Steel Corporation, et al.,

      Petitioners

      v.

Committee on Foreign Investment in the
United States, et al.,

      Respondents

    **BEFORE:**    Millett, Pillard, and Childs, Circuit Judges

## O R D E R

Upon consideration of the government's consent motion to maintain case in abeyance, it is

**ORDERED** that the motion be granted, and this case remains in abeyance pending further order of the court.

The parties are directed to file motions to govern by June 20, 2025.

### Per Curiam

                              FOR THE COURT:
                              Clifton B. Cislak, Clerk

               BY:    /s/
                              Michael C. McGrail
                              Deputy Clerk