ORAL ARGUMENT NOT YET SCHEDULED

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| UNITED STATES STEEL CORPORATION, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>COMMITTEE ON FOREIGN INVESTMENT IN THE UNITED STATES, *et al.*,<br><br>Respondents. | No. 25-1004 |

**AMENDED RULE 26.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule 26.1, Petitioner United States Steel Corporation (U. S. Steel) states that Nippon Steel North America, Inc., owns 100% of its common stock and Nippon Steel North America, Inc.'s parent corporation is Nippon Steel Corporation. U. S. Steel will issue a Golden Share to the United States that will give the government certain specified rights.

Dated: June 20, 2025

/s/ Andrew J. Pincus
Andrew J. Pincus
MAYER BROWN LLP
1999 K Street, Northwest
Washington, DC 20006
(202) 263-3000
APincus@mayerbrown.com

*Counsel for Petitioner United States Steel Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2025, I filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system which will serve all counsel of record.

*/s/ Andrew J. Pincus*
Andrew J. Pincus