ORAL ARGUMENT NOT YET SCHEDULED
No. 25-1004

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

UNITED STATES STEEL CORPORATION; NIPPON STEEL NORTH AMERICA, INC.; and NIPPON STEEL CORPORATION,

*Petitioners*,

v.

THE COMMITTEE ON FOREIGN INVESTMENT IN THE UNITED STATES, ET AL.,

*Respondents*.

On Petition for Review of Actions of President Biden and of the Committee on Foreign Investment in the United States

## JOINT STIPULATION TO DISMISS APPEAL

The undersigned hereby stipulate that the above-captioned appeal is voluntarily dismissed pursuant to Federal Rule of Appellate Procedure 42(b)(1). The parties further stipulate and agree that each party shall bear its own costs. No fees are due.

Dated: June 20, 2025

Respectfully submitted.

/s/ David B. Hennes
David B. Hennes
Alexander B. Simkin
Andrew S. Todres
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000
David.Hennes@ropesgray.com

Douglas H. Hallward-Driemeier
Stefan P. Schropp
ROPES & GRAY LLP
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006
(202) 508-4600
Douglas.Hallward-Driemeier@ropesgray.com

*Counsel for Petitioners Nippon Steel North America, Inc. and Nippon Steel Corporation*

/s/ Sean R. Janda
Eric D. McArthur
  *Deputy Assistant Attorney General**
Sharon Swingle
  *Deputy Director*
Sean R. Janda
Catherine Padhi
Sophia Shams
  *Attorneys, Appellate Staff*
Civil Division, Room 7260
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
(202) 514-3388
sean.r.janda@usdoj.gov
*Counsel for Respondents*

/s/ Andrew J. Pincus
Andrew J. Pincus
Nicole A. Saharsky
Charles A. Rothfeld
Wajdi C. Mallat
MAYER BROWN LLP
1999 K Street, Northwest
Washington, DC 20006
(202) 263-3000
APincus@mayerbrown.com

Benjamin D. Bright
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 506-2500

*Counsel for Petitioner United States Steel Corporation*

---

* The Assistant Attorney General is recused in this matter.

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2025, I filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system which will serve all counsel of record.

*/s/ Andrew J. Pincus*
Andrew J. Pincus