# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-1004**  September Term, 2024

CFIUS-24-088
CFIUS-24-154

Filed On: June 30, 2025 [2123066]

United States Steel Corporation, et al.,

      Petitioners

      v.

Committee on Foreign Investment in the
United States, et al.,

      Respondents

**BEFORE:**   Millett, Pillard, and Childs, Circuit Judges

## O R D E R

Upon consideration of the joint stipulation to dismiss the appeal, it is

**ORDERED** that the Clerk note on the docket that this case is dismissed. No mandate will issue.

### Per Curiam

      **FOR THE COURT:**
      Clifton B. Cislak, Clerk

      BY:   /s/
             Michael C. McGrail
             Deputy Clerk